FILED
JUL 03 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
2019 JUL -2 PM 3: 16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. EP-15-CR-01700DCG(1) |
| | § | MO: 19-CR-157 |
| Michelle Ileen Booth | § | |

### TRANSFER OF JURISDICTION

On this day came on to be considered the above-styled and numbered cause. The Defendant was sentenced to forty-eight (48) months custody followed by a five (5) year term of supervised release, on October 17, 2016, for the offense of Conspiracy to Sex Traffic Persons in violation of 18 U.S.C. § 1594. Since commencement of her supervision term Booth has been supervised in the Western District of Texas, Midland, Division and does not plan to return to the El Paso area.

It is therefore ORDERED that the above-styled and numbered cause be, and it is hereby, TRANSFERRED to the Midland Division of the Western District of Texas.

It is further ORDERED that the U.S. Clerk's Office in El Paso, Texas, transfer the file to the U.S. Clerk's Office in Midland, Texas.

SIGNED AND ENTERED this 1st day of July, 2019.

_____
David C. Guaderrama, U.S. District Judge